Certificate Number: 14912-GAN-DE-039257341

Bankruptcy Case Number: 25-40062



14912-GAN-DE-039257341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2025, at 8:32 o'clock PM EST, Sandra Painter completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: January 20, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor